No. 11–6183.   IN RE RIVERA.   Petition for writ of mandamus denied.

No. 10–1032.   MAGNER ET AL. v. GALLAGHER ET AL.   C. A. 8th Cir.   Motion of International Municipal Lawyers Association for leave to file a brief as amicus curiae granted.   Certiorari granted.

No. 10–9646.   MILLER v. ALABAMA.   Ct. Crim. App. Ala.   Motion of petitioner for leave to proceed in forma pauperis granted. Certiorari granted, and case to be argued in tandem with No. 10–9647, Jackson v. Hobbs, Director, Arkansas Department of Correction, immediately infra.

No. 10–9647.   JACKSON v. HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.   Sup. Ct. Ark.   Motion of petitioner for leave to proceed in forma pauperis granted.   Certiorari granted, and case to be argued in tandem with No. 10–9646, Miller v. Alabama, immediately supra.

No. 10–10293.   McGOWAN v. LAVALLEY, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.

No. 10–10377.   MIRANDA v. MASSACHUSETTS.   Sup. Jud. Ct. Mass.   Certiorari denied.

No. 10–11035.   PARKER v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

